# Exhibit A

US0D1007996S

# United States Design Patent

(12)

Li

(10) **Patent No.:**    **US D1,007,996 S**

(45) **Date of Patent:**    ** **Dec. 19, 2023**

(54) **GRAPE CUTTER**

(71) Applicant: **Shenzhen Xinchangtu Technology Co., Ltd.**, Shenzhen (CN)

(72) Inventor: **Min Li**, Shenzhen (CN)

(73) Assignee: **Shenzhen Xinchangtu Technology Co., Ltd.**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/899,167**

(22) Filed: **Aug. 4, 2023**

(51) **LOC (14) Cl.** ................................................. **07-04**

(52) **U.S. Cl.**
USPC .......................................................... **D7/693**

(58) **Field of Classification Search**
USPC .................................. D7/673, 693, 381, 372
CPC .. A47J 9/003; A47J 17/00; B26D 3/26; B26D 5/10; B26D 7/0608; B26B 3/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,116,770 A | * | 1/1964 | Tanuma | ................... B26D 3/26 |
| | | | | D7/693 |
| D318,601 S | * | 7/1991 | Barnett | .......................... D7/673 |
| D366,816 S | * | 2/1996 | Laib | ................................. D7/666 |
| D418,379 S | * | 1/2000 | Huang | ............................ D7/666 |
| D576,454 S | * | 9/2008 | Repac | ............................. D7/693 |
| D586,628 S | * | 2/2009 | Bevers | ............................ D7/672 |

| | | | | |
|---|---|---|---|---|
| D608,604 S | * | 1/2010 | Griffith | .......................... D7/666 |
| 9,242,384 B2 | * | 1/2016 | Frenkel | ................... A47J 9/003 |
| 9,730,466 B1 | * | 8/2017 | Schmieding | .......... A47J 19/023 |
| D935,286 S | * | 11/2021 | Lu | .................................... D7/666 |
| D985,352 S | | 5/2023 | Kempker | |
| 2003/0101878 A1 | * | 6/2003 | Muldoon | ................. B26D 3/30 |
| | | | | 99/425 |
| 2004/0117989 A1 | * | 6/2004 | Horng | ...................... B26D 3/26 |
| | | | | 30/114 |
| 2009/0078100 A1 | * | 3/2009 | Repac | .................. B26D 7/2614 |
| | | | | 83/425.3 |
| 2011/0078906 A1 | * | 4/2011 | George | ................. A47J 47/005 |
| | | | | 30/124 |
| 2014/0190019 A1 | * | 7/2014 | Frenkel | .................... B26B 3/04 |
| | | | | 30/279.2 |

* cited by examiner

*Primary Examiner* — Philip S Hyder

(57) **CLAIM**

The ornamental design for a grape cutter, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a grape cutter, showing my new design;
FIG. **2** is a rear perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof; and,
FIG. **8** is a bottom view thereof.
The broken lines in the drawings illustrate the portions of the grape cutter, which form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



Case 5:26-cv-01682-FB    Document 1-1    Filed 03/13/26    Page 3 of 10



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

U.S. Patent    Dec. 19, 2023    Sheet 7 of 8    US D1,007,996 S



FIG. 7



FIG. 8